ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898
swade@zbslaw.com
Attorneys for plaintiff The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-12

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-12, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>DAY SPRING PROPERTY OWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendant. | **CASE NO.: 2:17-CV-01992-JCM-GWF**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 11]**<br><br>**FIRST REQUESTED EXTENSION** |

Plaintiff The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-12 ("BNYM") by and through Shadd A. Wade, Esq. of the law firm Zieve, Brodnax & Steele, LLP, and Defendant DAY SPRING PROPERTY OWNERS ASSOCIATION, ("Defendant") by and through Eric N. Tran, Esq. of the law firm Lipson, Neilson, Cole, Seltzer & Garin, P.C., hereby agree and stipulate as follows:

Defendant's Motion to Dismiss was filed on January 25, 2018 at ECF No. 11. The deadline for Plaintiff to file their response was February 8, 2018.

IT IS STIPULATED AND AGREED that the time to respond to Defendant's Motion to Dismiss be extended by 30 days, making the filing due date for a response March 10, 2018.

This is the first stipulation for extension of time to file a response to Defendant's Motion to Dismiss. Plaintiff requests the additional time to explore settlement of the case with Defendant's newly-retained counsel.

| Dated: February 8, 2018 | Dated: February 8, 2018 |
|---|---|
| ZIEVE, BRODNAX & STEELE, LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| By:/s/*Shadd A. Wade, Esq.* <br> Shadd A. Wade, Esq. <br> Nevada Bar No. 11310 <br> J. Stephen Dolembo, Esq. <br> Nevada Bar 9795 <br> swade@zbslaw.com <br> sdolembo@zbslaw.com <br> *Attorneys for Plaintiff The Bank of New York Mellon* | By: /s/Eric Tran, Esq. <br> Eric N. Tran, Esq. <br> Nevada Bar No. 11876 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> *Attorney for Defendant, Day Spring Property Owners Association* |

## **ORDER**

IT IS SO ORDERED February 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

ZIEVE, BRODNAX & STEELE, LLP

By: *Shadd A. Wade*_____
Shadd A. Wade, Esq.
Nevada Bar 11310
swade@zbslaw.com
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-backed Certificates, Series 2006-13*

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 16th day of February, 2018 a true and correct copy of the **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 11]** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**Eric N. Tran, Esq.**
LIPSON NEILSON, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada  89144
Attorney for Defendant

        /s/Sara Aslinger
An Employee of ZIEVE, BRODNAX & STEELE, LLP